ELIZABETH HALL, Respondent, *v.* THE COOPER LAND COMPANY, Appellant.

*Hall* v. *Cooper Land Company*, 139 App. Div. 922, affirmed.
(Argued October 19, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the maintenance by the defendant of an alleged nuisance in permitting a stop cock connected with a water service pipe, laid down by defendant's predecessor in title for the purpose of supplying his premises with water, to protrude above the sidewalk.

*Martin T. Nachtmann* for appellant.

*Richard O. Bassett* and *Smith O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: GRAY, J.